IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Bobby J. Tracy, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv588 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 4, 2013 (Doc. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 21, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner to deny plaintiff DIB benefits is **AFFIRMED** since it is supported by substantial evidence in the record.  This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.


   s/Susan J. Dlott          
Chief Judge Susan J. Dlott
United States District Court